JS - 6

cc: order, docket, remand letter to
Ventura County Superior Court, No. 56-2012-429185-CL-UD-VTA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, M.A., f/k/a NORWEST BANK MINNESOTA, N.A., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAQUEL G. DE IZARRARAS, MANUEL IZRARRAS; JOSE IZARRARAZ,<br><br>Defendants. | Case No. CV 13-01783 DDP (SHx)<br><br>**ORDER OF REMAND** |

THE COURT having ordered the moving party to show cause in writing, not later than April 17, 2013, why this action should not be remanded and the moving party having failed to respond,

THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: April 23, 2013

DEAN D. PREGERSON
United States District Judge